John W. Carpenter, Bar No. 221708
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA  94946
Telephone:    415-577-0698
Facsimile:      866-410-6248

Attorneys for Plaintiff
Technology Licensing Company Inc.


Robins, Kaplan, Miller & Ciresi L.L.P.
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com, Suite 3400
2049 Century Park East
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:      310-229-5800

Attorneys for Defendant
Best Buy Co., Inc.

\*\* E-filed March 18, 2010 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>BEST BUY CO., INC., <br><br>　　　　　Defendant. | Case No.  CV 09-05989 HRL <br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** <br><br>JUDGE:  Hon. Howard R. Lloyd |

**STIPULATION**

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC") and Defendant BEST BUY CO., INC. hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for March 30, 2010, at 1:30 PM.

Plaintiff and Defendant are attempting to settle this lawsuit.

The parties have agreed that a cost-effective approach to this lawsuit is to seek a continuance of the Initial Case Management Conference to April 27, 2010, at 1:30 PM, or to whatever date and time thereafter as set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter be continued to April 27, 2010, at 1:30 PM, or to whatever date and time thereafter as set by the Court.

DATED: March 18, 2010                Respectfully submitted,

By:    /s/  John W. Carpenter
       John W. Carpenter
       Attorney for Plaintiff
       Technology Licensing Company, Inc.

DATED: March 18, 2010                ROBINS, KAPLAN, MILLER & CIRESI LLP

By:    /s/  Michael A. Geibelson
       Michael A. Geibelson
       Attorney for Defendant
       Best Buy Co., Inc.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: __March 18__, 2010          _____
                                    Hon. Howard R. Lloyd
                                    United States Magistrate Judge