John W. Carpenter, Bar No. 221708
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA  94946
Telephone:  415-577-0698
Facsimile:  866-410-6248

Attorneys for Plaintiff
Technology Licensing Company Inc.

Robins, Kaplan, Miller & Ciresi L.L.P.
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com, Suite 3400
2049 Century Park East
Los Angeles, CA  90067-3208
Telephone:  310-552-0130
Facsimile:  310-229-5800

Attorneys for Defendant
Best Buy Co., Inc.

** E-filed April 21, 2010 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., <br><br> Defendant. | Case No.  CV 09-05989 HRL <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** <br><br> JUDGE:  Hon. Howard R. Lloyd |

/ / /

/ / /

/ / /

81434309.1

SECOND STIP. AND PROPOSED ORDER
CONTINUING INITIAL CMC

## STIPULATION

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC") and Defendant BEST BUY CO., INC. hereby stipulate to a second continuance of the Initial Case Management Conference in this matter.

The Initial Case Management Conference is currently set for April 27, 2010, at 1:30 PM.

Plaintiff and Defendant are continuing to attempt to settle this lawsuit. Plaintiff initially mis-identified the name of one of the allegedly infringing products. Plaintiff and Defendant have been conferring, and have now identified Plaintiff's said targeted product on April 13 (two days ago). The parties are currently in the process of exchanging and/or researching information about the allegedly infringing product, manufacturer(s) of that product, and any licenses or other agreements that may affect settlement.

The parties agree that a cost-effective approach to this lawsuit is to seek a second continuance of the Initial Case Management Conference to May 25, 2010, at 1:30 PM, or to whatever date and time thereafter as set by the Court.

This is the second request for a time modification of the Initial Case Management in this matter.

The present requested time modification does not appear to have material effect on the schedule for this case.

/ / /

/ / /

/ / /

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1   Accordingly, it is hereby stipulated and agreed that the Initial Case
2   Management Conference in this matter be continued to May 25, 2010, at 1:30 PM,
3   or to whatever date and time thereafter as set by the Court.

5   DATED: April 15, 2010                         Respectfully submitted,

7                                                 By:   /s/ John W. Carpenter
                                                        John W. Carpenter
8                                                       Attorney for Plaintiff
                                                        Technology Licensing Company,
                                                        Inc.

10  DATED: April 15, 2010                         ROBINS, KAPLAN, MILLER &
                                                  CIRESI LLP

12                                                By:   /s/ Michael A. Geibelson
                                                        Michael A. Geibelson
13                                                      Attorney for Defendant
                                                        Best Buy Co., Inc.

1 **ORDER**

3  PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT
4 IS SO ORDERED. The parties shall submit a Joint Case Management Statement by May 18, 2010.

6  DATED: _April 21____, 2010     _____
                                    Hon. Howard R. Lloyd
                                    United States Magistrate Judge