1 | **LAW OFFICES OF JOHN W. CARPENTER LLC**
John W. Carpenter (SBN 221708)          **E-Filed 7/6/2010**
2 | 12 Metairie Court
Metairie, LA 70001
3 | Telephone: (415) 577-0698
Facsimile: (866) 410-6248
4 | Email: john@jwcarpenterlaw.com

5 | Attorney for Plaintiff/Counterclaim Defendant, Technology Licensing Co.

6 | Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
7 | **Robins, Kaplan, Miller & Ciresi, L.L.P**
2049 Century Park East, Suite 3400
8 | Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
9 | Facsimile:   (310) 229-5800

10 | Attorneys for Defendant/Counterclaim Plaintiff Best Buy Co., Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC. | CASE NO.: Case No.  CV 09-05989 JF/HRL |
| Plaintiff, and Counterclaim Defendant | |
| vs. | |
| BEST BUY CO., INC., | REQUESTS FOR APPEARANCE BY TELEPHONE AT THE JULY 9, 2010 HEARING AND [~~PROPOSED~~] ORDER (AS MODIFIED BY THE COURT) |
| Defendant, and Counterclaim Plaintiff | |
| | JUDGE:  Hon. Jeremy Fogel |

-1-
**REQUEST FOR  APPEARANCE BY TELEPHONE AT  THE JULY 9, 2010  HEARING**

**REQUESTS FOR TELEPHONE APPEARANCE**

Plaintiff and Counter-Defendant Technology Licensing Company Inc. ("TLC") hereby requests that its counsel, Mr. John W. Carpenter, attend the initial Case Management Conference (CMC), currently scheduled for **Friday, July 9, 2010** at **10:30 a.m.**, by telephone. TLC's counsel, Mr. John W. Carpenter, maintains his offices at 12 Metairie Court, Metairie, Louisiana and can be reached at his office telephone number (504) 304-3988 or his mobile phone number (415) 577-0698. It will save TLC a significant amount of legal fees and costs if Mr. Carpenter is given permission to attend the initial CMC by telephone.

Respectfully submitted,

DATED: June 29, 2010

By ____/s/John W. Carpenter_____

John W. Carpenter
Attorney for Plaintiff and Counterclaim Defendant

## [~~PROPOSED~~] ORDER

The Case Management Conference (CMC), currently scheduled for **Friday, July 9, 2010** at **10:30 a.m**., may be telephonically attended by TLC's counsel, Mr. John W. Carpenter. ~~The court personnel will initiate the conference call by dialing counsel's telephone number.~~

~~John W. Carpenter shall be available at telephone number (504) 304-3988 (first choice) and (415) 577-0698 (alternative choice).~~

~~[Alternatively, John W. Carpenter is directed to dial the Court's conference call telephone number (408) _____.]~~

Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the hearing to arrange for the telephonic appearance.

PURSUANT TO REQUESTS AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: ~~July~~ June 30, 2010

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of Louisiana. I am employed in Jefferson Parish, State of Louisiana, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 12 Metairie Ct. Metairie, LA. 70001. On the date set forth below I served the documents described below in the manner described below:

**TLC INC.'s REQUEST FOR APPEARANCE BY TELEPHONE**

☐ (BY US MAIL) I am personally and readily familiar with the business practice of Law Offices of John Carpenter for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Law Offices of John Carpenter for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Law Offices of John Carpenter for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be served by electronic mail to the undersigned.

on the following part(ies) in this action:

Melissa M. Wendland
Emmett J. McMahon
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612.349.8448 (Direct)
612.339.4181 (Fax)
MMWendland@rkmc.com
EJMcMahon@rkmc.com

Michael A.Geibelson
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East
Suite 3400
Los Angeles, CA  90067
MAGeibelson@rkmc.com

Executed on June 29, 2010 at Placid, FL. :

P. M. Lewis