John W. Carpenter, Bar No. 221708
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA  94946
Telephone:  415-577-0698
Facsimile:   866-410-6248

Attorneys for Plaintiff
Technology Licensing Company Inc.

Emmett J. McMahon (*pro hac vice*)
EJMcMahon@rkmc.com
Melissa M. Wendland (*pro hac vice*)
MMWendland@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendant/Counterclaim
Plaintiff Best Buy Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., | Case No.  CV 09-05989 JF/HRL |
| Plaintiff and Counterclaim Defendant, | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |
| v. | |
| BEST BUY CO., INC., | Judge: Hon. Jeremy Fogel |
| Defendant and Counterclaim Plaintiff. | |

1  WHEREAS, Plaintiff Technology Licensing Co. Inc. filed its Complaint for Patent Infringement, and Inducing Patent Infringement, on December 22, 2009;

WHEREAS, Defendant Best Buy Co. Inc. filed its Answer and Counterclaims to Plaintiff Technology Licensing Company Inc.'s Complaint on April 12, 2010;

WHEREAS, Plaintiff and Defendant settled this matter on or about October 15, 2010;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their designated counsel, that all claims and counterclaims in this action should be dismissed with prejudice.  The parties further stipulate that each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

DATED: October 29, 2010          Respectfully submitted,

                                 By:    /s/  John W. Carpenter
                                        John W. Carpenter
                                        Attorney for Plaintiff
                                        Technology Licensing Company, Inc.

DATED: October 29, 2010          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                 By:    /s/  Melissa M. Wendland
                                        Emmett J. McMahon
                                        Michael A. Geibelson
                                        Melissa M. Wendland
                                        Attorneys for Defendant
                                        Best Buy Co., Inc.

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 29, 2010.   Respectfully submitted,

  /s/ Melissa M. Wendland
Melissa M. Wendland

The Court having considered the stipulation of the parties, and good cause appearing therefor, ORDERS as follows:

1. All claims and counterclaims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

2. Each party shall bear its own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 11/4 , 2010

Hon. Jeremy Fogel
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 29, 2010.

Dated:  October 29, 2010.            Respectfully submitted,

                                  /s/ Melissa M. Wendland
                                 Melissa M. Wendland

81811150.1 — - 4 -

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CV 09-05989-JF/HRL